**Order filed April 23, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00638-CV
_____

**SMART MEALS, INC., Appellant**

**V.**

**RON C. BISHOP, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2010-34710**

## O R D E R

On August 2, 2012, this court abated this appeal because appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas, under cause number 12-52239. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed March 25, 2013. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM